Exhibit A

# Goldman, Walker & DiMarco

6303 E. Tanque Verde Rd., #110    Tucson  AZ  85715
(520) 749-8585    / FAX  (520) 886-4910
Toll Free:  (877) 493-2500
Website:  www.gwdaz.com

11/5/2007

Ms. Burkpile
**Precision Trucking**
805 N Crest Dr
Grand Junction, CO 81506

**RE: Account Placement**

Dear  Ms. Burkpile

I am forwarding this letter to your attention to acknowledge receipt hereof and to thank you for placing your trust and the attached account(s) with *Goldman, Walker & DiMarco.* We will initiate collection activity on your account(s) immediately. Please remember that in the event that your debtor attempts to reach you, to refer them back to us at our collection number of (520) 749-8585

We will keep you apprised of developments as they occur. In the meantime, however, if you have any additional comments or questions regarding this matter, please do not hesitate to contact us.

Very Truly Yours,

**Goldman, Walker & DiMarco**

Dave DeVoy

\* List of Placements Attached.

Forwarding of any information by Client to Agency regarding its customer/debtor will constitute placement of an account. Client retains all rights to cancel any account it has placed with Agency, upon written Notice within thirty (30) days, but further agress that cancellation of an account may be subject to a cancellation fee, should Agency feel that it is close to concluding said account by payment or that client has not allowed Agency sufficient time to adequately conclude the account in question.

# Goldman, Walker & DiMarco

**Client Placements Acknowledgement**

*Print Time & Date*  9:44:10AM  11/5/200

**Printed By**  New ,Business App [ UserId: nba ]

| PLACED FROM 11/5/07 TO 11/5/07 | Agency Client File # 770 | | Precision Trucking | | |
|---|---|---|---|---|---|
| Debtor ID  Debtor Name  Customer Ref | Street Address  City, State Zip | Date Placed  Amount Placed | Date Of Service  Age (In Days) | Agency Fee Rate  Other Fee | Interest  Client Added  Fees | Total Due |
| 13900  Sun River Energy  Sun River Energy | 10200 W 44th Ave  Suite 210E  Wheatridge, CO 80023 | 11/5/2007  $ 19500.40 | 5/30/2007  159 | 15.00  0.00 | 0.00  0.00 | 19,500.40 |
| 1 | PLACEMENTS TOTAL ---> | | 19,500.40 | | | |

# Goldman, Walker & DiMarco

**Client Placements Acknowledgement**

Print Time & Date 8:49:24AM 11/5/200

Printed By  New ,Business App [ UserId: nba ]

PLACED FROM 11/5/07 TO 11/5/07    Agency Client File # 769    **Precision Air Drilling**

| Debtor ID | Debtor Name<br>Customer Ref | Street Address<br>City, State Zip | Date Placed<br>Amount Placed | Date Of Service<br>Age (In Days) | Agency Fee Rate<br>Other Fee | Interest<br>Client Added Fees | Total Due |
|---|---|---|---|---|---|---|---|
| 13853 | Sun River Energy Inc<br>Sun Rivery Energy | 10200 West 44th Ave Suite 210 E<br>Wheatridge, CO 80033 | 11/5/2007<br>$ 529040.41 | 7/15/2007<br>113 | 15.00<br>0.00 | 0.00<br>0.00 | 529,040.41 |

1          **PLACEMENTS TOTAL --->**                     529,040.41

Exhibit B



Exhibit C

# This Certifies that

*registered holder of* Two Hundred Forty-One Thousand Two Hundred Forty-Nine (241,249) *Shares*

**Precision Air Drilling Services, Inc**

*transferable on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.*

**In Witness Whereof,** *the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed*

this 30th day of November A.D. 2009

_____   _____
Secretary                                                 President

NUMBER 152
Cusip 88888U 10 3
SHARES 241,249

RESTRICTIVE — TO REVERSE SIDE

COUNTERSIGNED AND REGISTERED
MOUNTAIN SHARE TRANSFER, INC.
1625 Abilene Drive
Broomfield, CO 80020
303-460-1149
TRANSFER AGENT AND REGISTRAR
BY _____
AUTHORIZED OFFICER

© GOES K52 All Rights Reserved

Exhibit D

# GOLDMAN, WALKER & DIMARCO

6303 E. TANQUE VERDE RD
SUITE 110
TUCSON, ARIZONA 85715
(520) 749-8585 / FAX (520) 886-4910

**INVOICE**

Invoice #: 0202-10
Date:   February 2, 2010

Precision Air Drilling

456 Kokopeli Blvd Unit F

Fruita, CO 81521

| ITEM | DEBTOR NAME | AMOUNT |
|---|---|---:|
|  | Sun River Energy, Inc   Recovery |  |
|  |  |  |
| Forbearance | 100,000 shares valued at $2.50 | 250,000 |
| Stock Value | 241,249 shares valued at $1.70 | 410,123.30 |
|  | Total | $660,123.30 |
|  |  |  |
|  |  |  |
|  | Agency Fee 15% | 99,018.50 |
|  | TOTAL DUE | $99,018.50 |

**Payable Upon Receipt**

**Thank You**